**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03475-RMR

I.F.M.,

    Petitioner,

v.

JUAN BALTAZAR, in his official capacity as a warden of the Aurora Contract Detention Facility,
ROBERT GUADIAN, in his official capacity as Field Office Director, Denver, U.S. Immigration and Customs Enforcement,
KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security,
TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement,
PAMELA BONDI, in her official capacity as Attorney General of the United States,

    Respondents.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to and in accordance with the Order [ECF No. 23] entered by the Honorable Regina M. Rodriguez on November 24, 2025, it is hereby

    ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 1] is GRANTED. It is

    FURTHER ORDERED that Petitioner's Motion for Temporary Restraining Order and/or Preliminary Injunction [ECF No. 19] is DENIED AS MOOT.

    This case is closed.

Dated at Denver, Colorado this 6th day of March, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/K. Myhaver

Kally Myhaver, Deputy Clerk